**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Handy Hardware Wholesale, Inc., | ) | Case No. 13-10060 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS**

PLEASE TAKE NOTICE that POLSINELLI SHUGHART hereby enters its appearance on behalf of Koch Companies in the above-captioned case. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that all notices given or required to be given in the above-captioned Chapter 11 case be given to and served upon the address set forth below.

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
**POLSINELLI SHUGHART**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive the Koch Companies': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter;

or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which Koch Companies is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Wilmington, Delaware
January 22, 2013

Respectfully submitted,

**POLSINELLI SHUGHART**

*/s/ Christopher A. Ward*

Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

Counsel for Koch Companies

# CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli Shughart, hereby certify that on the 22nd day of January, 2013, I caused to be served a copy of the **Notice of Appearance and Request for Service of Pleadings** upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)